UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as secretary of the United States Department of Education and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants - Appellants. | No. 18-16375 <br><br> D.C. No. 3:17-cv-07210-SK <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The supplemental brief submitted on March 5, 2019 by Jamal Cornelius, Martin Calvillo Manriquez, Rthwan Dobashi and Jennifer Craig is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7