FILED

OCT 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ; JAMAL CORNELIUS; RTHWAN DOBASHI; JENNIFER CRAIG, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>        Defendants-Appellants. | No. 18-16375<br><br>D.C. No. 3:17-cv-07210-SK Northern District of California, San Francisco<br><br>ORDER |

Before: PAEZ and BERZON, Circuit Judges, and FEINERMAN,[*] District Judge.

Appellants' motion for voluntary dismissal, Dkt. 72, is GRANTED. Fed. R. App. P. 42(b). The parties shall bear their own costs.

This order shall constitute the mandate of this court.

---

    [*] The Honorable Gary Feinerman, United States District Judge for the Northern District of Illinois, sitting by designation.